**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JAMES EARL PITTMAN, JR.,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:23-cv-345-RAH-CSC |
| **THOMAS HUGGHINS,** | ) |
| **Defendant.** | ) |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation entered August 22, 2024, dismissing this action without prejudice. (Doc. 10). There are no objections. After an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED; and

2. This case is DISMISSED without prejudice.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 13th day of September 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE